# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORENO,<br><br>        Plaintiff,<br><br>  vs.<br><br>MG STAR, LLC, *et al*.,<br><br>        Defendants.<br>_____/ | Case No. 14-cv-0566-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION IN ITS ENTIRETY** |

     Pursuant to the joint stipulation of dismissal filed on January 14, 2015, this action is DISMISSED with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

    Dated: __**January 14, 2015**__           /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE